321 S.E.2d 899 (1984)
Edgar W. SNIPES
v.
George W. JACKSON, L.H. Veazey, and Thomas, Knight, Trent, King and Company.
No. 392P84.
Supreme Court of North Carolina.
October 2, 1984.
Spears, Barnes, Baker, Hoof, Wainio & Holeman, Durham, for defendant Jackson.
Mount, White, King, Hutson & Carden, Durham, for other defendants.
Maxwell, Freeman, Beason & Morano, Durham, for plaintiff.
Several Defendants' notice of appeal under G.S. § 7A-30. Several Defendants' petition for discretionary review under G.S. § 7A-31. Denied. Notice of appeal Dismissed.